# EXHIBIT 2

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, and 50**

**Reg. No. 2,092,311**

**United States Patent and Trademark Office**

**Registered Aug. 26, 1997**

# TRADEMARK
## PRINCIPAL REGISTER

# STREET FIGHTER

CAPCOM CO., LTD. (JAPAN CORPORATION)
4-12 OHTEDORI 1-CHOME
CHUO-KU, OSAKA, JAPAN

FOR: PUBLICATIONS, NAMELY, BOOKS AND PAMPHLETS PERTAINING TO VIDEO GAME STRATEGY, BOOKSHELF COMICS, HARDCOVER COLLECTIONS OF COMICS; PAPER PRODUCTS, NAMELY, STATIONERY; PENS AND PENCILS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-1-1991; IN COMMERCE 11-2-1992.

SN 75-976,063, FILED 8-12-1992.

JANICE O'LEAR, EXAMINING ATTORNEY

**Int. Cl.: 16**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50**

**Reg. No. 2,720,191**
**Registered June 3, 2003**

**United States Patent and Trademark Office**

## TRADEMARK
### PRINCIPAL REGISTER

# STREET FIGHTER

CAPCOM CO., LTD. (JAPAN CORPORATION)
4-12 OHTEDORI 1-CHOME
CHUO-KU, OSAKA, JAPAN

FOR: TRADING CARDS, POSTERS AND STICKERS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-1992; IN COMMERCE 7-1-1992.

SER. NO. 74-801,088, FILED 8-12-1992.

JEFFREY MARTIN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

CAPCOM

**Reg. No. 4,175,782**

**Registered July 17, 2012**

**Int. Cl.: 16**

**TRADEMARK**

**PRINCIPAL REGISTER**

CAPCOM CO., LTD. (JAPAN CORPORATION)
3-1-3 UCHIHIRANOMACHI, CHUO-KU
OSAKA, JAPAN

FOR: VIDEO GAME AND COMPUTER GAME STRATEGY GUIDEBOOKS; VIDEO GAME AND COMPUTER GAME INSTRUCTION MANUALS; BOOKS AND MAGAZINES IN THE FIELD OF VIDEO GAME AND COMPUTER GAME STRATEGY; BOOKS AND MAGAZINES FEATURING VIDEO GAME AND COMPUTER GAME; A SERIES OF BOOKS FEATURING FICTIONAL OR FANTASY STORIES; COMIC BOOKS; GRAPHIC NOVELS; TRADING CARDS AND COLLECTORS CARDS FEATURING VIDEO GAME AND COMIC BOOK CHARACTERS; STATIONERY, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1992; IN COMMERCE 0-0-1999.

OWNER OF U.S. REG. NOS. 1,447,723, 3,711,697 AND OTHERS.

THE COLOR(S) BLUE AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORD "CAPCOM" IN YELLOW LETTERS. THE COLOR BLUE OUTLINES THE YELLOW LETTERS AND ALSO APPEARS INSIDE THE LETTERS "A", "P", THE SECOND LETTER "C" AND "O".

SER. NO. 85-538,272, FILED 2-9-2012.

GINA FINK, EXAMINING ATTORNEY

UNITED STATES PATENT AND TRADEMARK OFFICE
DEPARTMENT OF COMMERCE

Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or reminder of these filing requirements.**

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# CHUN-LI

**Reg. No. 7,716,016**

**Registered Mar. 04, 2025**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

CAPCOM CO., LTD. (JAPAN CORPORATION)
3-1-3 Uchihiranomachi, Chuo-ku
Osaka, JAPAN 540-0037

CLASS 28: Toy figures; dolls

FIRST USE 3-31-2017; IN COMMERCE 3-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 97-707,394, FILED 12-07-2022

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.